Commonwealth *v.* Lindsey, Appellant.

Argued September 28, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Burton L. Fish,* for appellant.

*Michael M. Palmisano,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, December 29, 1971:
The petition for allowance of appeal having been improvidently granted, the above captioned appeal is dismissed.

Mr. Chief Justice BELL took no part in the consideration or decision of this case.